UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HERMAN P. JOHNSON, )<br>)<br>Petitioner, )<br>v. )<br>)<br>DUSHAN ZATECKY, )<br>)<br>Respondent. ) | 1:13-cv-1242-SEB-TAB |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Herman P. Johnson.

Johnson's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 2/6/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Herman P. Johnson
No. 860799
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

Electronically Registered Counsel